IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, in the City of New York, on the 31st day of March, two thousand and fifteen,

------------------------------------x

DERYCK HAREWOOD,

                Plaintiff,

- against -

DETECTIVE MICHAEL BRAITHWAITE,

                Defendant.

------------------------------------x

**STIPULATION OF WITHDRAWAL OF APPEAL**

DOCKET NUMBERS: 15-59 (L), 15-162 (CON)

        The undersigned counsel for the parties stipulate that the above-captioned cases are withdrawn with prejudice without costs and without attorneys' fees pursuant to FRAP 42(b). Based on this dismissal agreement, the parties respectfully request that the Clerk of the Court dismiss these appeals under FRAP 42(b).

Dated: New York, NY
        March 31, 2015

Respectfully submitted,

  /s/ Michael F. Buchanan_____
MICHAEL F. BUCHANAN
PATTERSON BELKNAP WEBB & TYLER LLP
*Attorney for Defendant*
1133 Avenue of the Americas
New York, New York 10036
Tel: (212) 336-2000

and

  /s/ Vincent I. Eke-Nweke_____
VINCENT I. EKE-NWEKE
LAW OFFICE OF VINCENT I. EKE-NWEKE, P.C.
*Attorney for Plaintiff*
498 Atlantic Avenue
Brooklyn, New York 11217
Tel: (718) 852-8300

7839272v.1